STATE of Missouri, Respondent,

v.

Maurice F. WILSON, Appellant.

Maurice F. WILSON, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 47508, WD 48891.

Missouri Court of Appeals, Western District.

Sept. 20, 1994.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before ELLIS, P.J., and BERREY and SMART, JJ.

### ORDER

PER CURIAM:

Appeal from judgment of conviction and sentence for two counts of robbery in the first degree, § 569.020, RSMo 1986, three counts of armed criminal action, § 571.015.1, RSMo 1986, one count of forcible sodomy, § 566.060, RSMo 1986, and one count of burglary in the first degree, § 569.160 RSMo 1986.

Appeal from judgment denying relief under Rule 29.15.

The judgments are affirmed. Rule 30.-25(b) and 84.16(b).